COMMISSIONER OF SOCIAL SERVICES OF THE CITY OF NEW YORK, as Assignee of LORRAINE C., Respondent, v IRVING H., Appellant.

Decided September 22, 2009

Reported below, 60 AD3d 452.

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no appeal lies as of right from the unanimous order of the Appellate Division absent the direct involvement of a substantial constitutional question.

In the Matter of SALVATORE CRISTIANO, Doing Business as L & S TAILOR, Appellant. COMMISSIONER OF LABOR, Respondent.

Submitted July 20, 2009; decided September 22, 2009

Reported below, 62 AD3d 1219.

On the Court's own motion, appeal dismissed, without costs, upon the ground that the nonfinal order sought to be reviewed on appeal does not necessarily affect the Appellate Division order affirming the final order, as required by CPLR 5601 (d), and thus cannot provide a constitutional predicate for the appeal. Motion for leave to appeal denied.

ESTATE OF JAMES BROWN et al., Respondents, v THE PULLMAN GROUP, Appellant.

Submitted July 27, 2009; decided September 22, 2009

Reported below, 60 AD3d 481.

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed Supreme Court's order denying appellant's motion for leave to renew and to amend its answer, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.